**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 13-7373**

_____

DAVID BRIGHTWELL,

  Plaintiff - Appellant,

 v.

ANDREW MOULTRIE, Doctor; JOHN MOSS, P. A.; DAMON FAYALL,

  Defendants - Appellees.

_____

Appeal from the United States District Court for the District of
Maryland, at Greenbelt.  Deborah K. Chasanow, Chief District
Judge.  (8:12-cv-01520-DKC)

_____

Submitted:  January 16, 2014      Decided:  January 22, 2014

_____

Before GREGORY, SHEDD, and DAVIS, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

David Brightwell, Appellant Pro Se.   Michelle Jacquelyn
Marzullo, Richard P. Seitz, MARKS, O'NEILL, O'BRIEN, DOHERTY &
KELLY, P.C., Towson, Maryland, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

David Brightwell appeals the district court's order granting summary judgment to the Appellees and dismissing his civil rights complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Brightwell v. Moultrie, No. 8:12-cv-01520-DKC (D. Md. Aug. 19, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED